UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CASS,<br><br>        Plaintiff,<br><br>    vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; SHORT TERM DISABILITY PLAN FOR THE EMPLOYEES OF MAGELLAN HEALTH SERVICES; and MAGELLAN HEALTH SERVICES LONG TERM DISABILITY PLAN,<br><br>        Defendants. | Case No: 16-cv-06271-RS<br><br>**ORDER DISMISSING DEFENDANT SHORT TERM DISABILITY PLAN FOR THE EMPLOYEES OF MAGELLAN HEALTH SERVICES WITH PREJUDICE** |

## ORDER

IT IS HEREBY ORDERED that Defendant SHORT TERM DISABILITY PLAN FOR THE EMPLOYEES OF MAGELLAN HEALTH SERVICES (the "STD Plan") be dismissed from this action with prejudice, with the parties to bear their own attorneys' fees and cost directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and MAGELLAN HEALTH SERVICES LONG TERM DISABILITY PLAN shall remain the

1 | only named defendants in this action.
2 |
3 | **IT IS SO ORDERED.**
4 |
5 | Date: 3/15/17
6 | _____
  | HONORABLE RICHARD SEEBORG
  | UNITED STATES DISTRICT JUDGE
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |