| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089) |
| | STACY M. TUCKER. (SBN 218942) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | 1001 Marshall Street, Suite 500 |
| 3 | Redwood City, CA 94063-2052 |
| | Telephone: (650) 364-8200 |
| 4 | Facsimile: (650) 780-1701 |
| | Email: pamela.cogan@rmkb.com  stacy.tucker@rmkb.com |
| 5 | Attorneys for Defendants, |
| | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and |
| 6 | MAGELLAN HEALTH SERVICES LONG TERM DISABILITY |
| | PLAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CASS, | Case No: 3:16-cv-06271 RS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO DISMISS** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,   SHORT TERM DISABILITY PLAN FOR THE EMPLOYEES OF MAGELLAN HEALTH SERVICES; and MAGELLAN HEALTH SERVICES LONG TERM DISABILITY PLAN, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the Plaintiff, JULIE CASS, and Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and MAGELLAN HEALTH SERVICES LONG TERM DISABILITY PLAN by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

4829-8174-9065.1

STIP TO DISMISS CASE, CASE NO. 4:16-CV-0621 RS

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED**.

Dated: February 12, 2018　　　　　　　　DARRASLAW

By: */s/ Susan Grabarsky*
　　SUSAN GRABARSKY
　　Attorneys for Plaintiff, JULIE CASS

Dated: February 12, 2018　　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Stacy Monahan Tucker*
　　PAMELA E. COGAN
　　STACY MONAHAN TUCKER
Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and MAGELLAN HEALTH SERVICES LONG TERM DISABILITY PLAN

**IT IS SO ORDERED**.

Dated: February 13, 2018

By: _____
　　United States District Court Judge